Attorneys for Plaintiff(s), Tawnya Foshee

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Index No.: 07-2030 CRB<br><br>MDL NO. 1699<br>District Judge:  Charles R. Breyer |
| Tawnya Foshee,<br><br>               Plaintiffs,<br><br>        vs.<br><br>Pfizer, Inc., et al.<br>               Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff(s), Tawnya Foshee, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: May 1, 2009     By: _____
Michael A. London
Douglas & London, P.C.
111 John Street, Suite 1400
New York, NY  10038
Telephone:  (212) 566-7500
Facsimile:  (212) 566-7501
Attorneys for Plaintiff(s), Tawnya Foshee

DATED: Oct. 21, 2009     By: _____
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Defendants' Liaison Counsel

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: OCT 2 8, 2009     _____
Hon. Charles R. Breyer
United States District Court

-1-